## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Michael Wolf
                        Plaintiff,

v.                                                Case No.: 1:19−cv−08299
                                                     Honorable John J. Tharp Jr.

N. Neville Reid
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 17, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:The Trustee's motion to amend judgment order [25] is taken under advisement. Any objections are due by 10/24/2022. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.