# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michael Wolf

                        Plaintiff,

v.                                                 Case No.: 1:19–cv–08299
                                                 Honorable John J. Tharp Jr.

N. Neville Reid

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 14, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's amended motion for reconsideration [41] is taken under advisement. The defendant's original motion [33] is denied as moot. Additional briefing is not authorized absent Court approval. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.