**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



neopost
11/01/2022
US POSTAGE $000.57⁰
FIRST-CLASS MAIL
ZIP 60604
041M11270962

18 cv 7952  #78
18 cv 7953  #49
19 cv 8299  #34

Michael Wolf
P.O. Box 963
Liberty Lake, WA 99019

NIXIE    992    FE 1    0011/06/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 60604120099    *0361-07540-01-47

